IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ZACHARY DINELL

Criminal No. 12-84
**[UNDER SEAL]**

## ARRAIGNMENT PLEA

Defendant ZACHARY DINELL

being arraigned, pleads _____.

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)