CRIMINAL CASE INFORMATION SHEET                22-84

Pittsburgh ✓          Erie _____          Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ✓ All Others

Defendant's name: ZACHARY DINELL

Is indictment waived:              ____ Yes      ✓ No
Pretrial Diversion:                ____ Yes      ✓ No
Juvenile proceeding:               ____ Yes      ✓ No
Defendant is:                      ✓ Male        ____ Female
Superseding indictment or information  ____ Yes  ✓ No

Previous case number: _____

If superseding, previous case was/will be:
____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Beaver

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ✓ is in custody | ___ is not in custody |
| Name of Institution: | SCI Fayette | |
| Custody is on: | ___ this charge | ✓ another charge |
| | ___ another conviction | |
| | ✓ State | ___ Federal |
| Detainer filed: | ___ yes | ✓ no |
| Date detainer filed: | | |
| Total defendants: | 2 | |
| Total counts: | 12 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | ZACHARY DINELL | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Violate the Hate Crimes Prevention Act | ✓ |
| 2-11 | 18 U.S.C. §§ 249(a)(2) & 2 | Hate Crime Prevention Act | ✓ |
| 12 | 18 U.S.C. §§ 1035(a)(1) & 2 | Concealment of Material Facts Related to Health Care Matter | ✓ |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 23, 2022

*/s/ Eric G. Olshan*
ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382