CRIMINAL CASE INFORMATION SHEET    22-84

Pittsburgh ✓    Erie _____    Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ✓ All Others

Defendant's name:    TYLER SMITH

Is indictment waived:    ____ Yes    ✓ No

Pretrial Diversion:    ____ Yes    ✓ No

Juvenile proceeding:    ____ Yes    ✓ No

Defendant is:    ✓ Male    ____ Female

Superseding indictment or information    ____ Yes    ✓ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:    Beaver

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody  ✓ is not in custody

Name of Institution: _____

Custody is on: ____ this charge  ____ another charge

____ another conviction

____ State  ____ Federal

Detainer filed: ____ yes  ____ no

Date detainer filed: _____

Total defendants: 2

Total counts: 12

Data below applies to defendant No.: 2

Defendant's name: TYLER SMITH

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Violate the Hate Crimes Prevention Act | ✓ |
| 2-11 | 18 U.S.C. §§ 249(a)(2) & 2 | Hate Crime Prevention Act | ✓ |
| 12 | 18 U.S.C. §§ 1035(a)(1) & 2 | Concealment of Material Facts Related to Health Care Matter | ✓ |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 23, 2022

*/s/ Eric G. Olshan*
ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382