IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ZACHARY DINELL
TYLER SMITH

Criminal No. 22-84

[UNDER SEAL]

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Eric G. Olshan, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants ZACHARY DINELL and TYLER SMITH, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with Title 18, United States Code, Sections 2, 249(a)(2), 371, and 1035(a)(1)/BOTH DEFENDANTS.

Recommended bond: Detention as to ZACHARY DINELL; and $20,000, unsecured bond, as to TYLER SMITH.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

By: /s/ Eric G. Olshan
ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382

FILED MAR 23 2022 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA